Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN P. HOOPER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CITIBANK, N.A., a national banking association; MB FINANCIAL BANK, N.A., a national banking association; VERIZON WIRELESS SERVICES, LLC., a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.:  2:16-cv-00299-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff Ryan P. Hooper and Defendant Trans Union LLC ("Trans Union") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///

///

///

///

///

///

///

///

Accordingly, the Parties stipulate and agree, by and through their respective attorneys of record, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Trans Union, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 25th day of May, 2016.

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorneys for Plaintiff*

DATED this 25th day of May, 2016.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Jason G. Revzin
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

<u>**ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE**</u>

Pursuant to the foregoing stipulation of the Parties under FRCP 41(a), Trans Union shall be dismissed with prejudice, and the Parties shall bear their own attorneys' fees and costs incurred herein.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 27, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** was electronically served to the following parties.

Jason Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Jennifer Braster, Esq.
**MAUPIN NAYLOR BRASTER**
1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Phillip V. Tiberi, Esq.
**KRAMER DEBOER & KEANE**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
ptiberi@kdeklaw.com
*Attorneys for Defendant Cellco Partnership dba Verizon Wireless Services, LLC*

Miles Clark, Esq.
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
miles.clark@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

Dated this 26th day of May, 2016.

/s/ Amanda Muick