Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RYAN P. HOOPER, an individual;<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; CITIBANK, N.A., a national banking association; MB FINANCIAL BANK, N.A., a national banking association; VERIZON WIRELESS SERVICES, LLC., a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-00299-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** |

Plaintiff, Ryan P. Hooper and Defendant, Bank of America, N.A. ("BANA") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///

///

///

///

///

///

///

///

Therefore, the Parties stipulate and agree, by and through their respective attorneys of record, that the above-captioned matter is hereby dismissed with prejudice as to BANA, with Plaintiff and BANA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 1, 2016.                                              Dated: September 1, 2016.

**LAW OFFICE OF**                                                       **MAUPIN NAYLOR BRASTER**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                                */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                                                Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                                    Nevada Bar No. 9982
9555 S. Eastern Avenue, Suite 220A                                      1050 Indigo Drive, Suite 112
Las Vegas, Nevada 89123                                                 Las Vegas, Nevada 89145
kevin@kevinhernandezlaw.com                                             jbraster@naylorandbrasterlaw.com
*Attorney for Plaintiff*                                                *Attorney for Defendant Experian*
                                                                        *Information Solutions, Inc.*

Dated: September 1, 2016.

**AKERMAN LLP**

*/s/ Rex Garner*
Rex Garner, Esq.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

**ORDER OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE**

Pursuant to the foregoing stipulation, BANA is dismissed from this case with prejudice, and Plaintiff and BANA will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 2, 2016